IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALFIYA MILLS**                                                                                               **PLAINTIFF**

**V.**                                          **NO. 4:21-CV-861-BSM**

**JAMAR BENNETT, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
POLICE OFFICER FOR THE CITY OF BENTON**                   **DEFENDANT**

## MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant, Jamar Bennett, in his individual and official capacities, respectfully comes before this honorable Court by and through undersigned counsel and, for his Motion for Entry of Protective Order pursuant to Fed. R. Civ. P. 26(c), states:

1. Plaintiff has submitted discovery requests which will require the production of the Benton Police Department's internal affairs investigation files. These files contain personal and sensitive information.

2. Due to the private nature of certain information contained in the files, counsel for Defendant drafted a propose protective order pursuant to Fed. R. Civ. P. 26(c) and shared it with Plaintiff's counsel for review and comment when Defendant responded to Plaintiff's discovery requests on March 21, 2022, in which 636 documents were provided. The need for a protective order was mentioned in the responses to Interrogatory Nos. 4, 6 and 7, Requests for Production Nos. 3, 4 and 5. See **Exhibit 1**. To facilitate discovery, Defendant attached a proposed agreed protective order to the discovery responses. **Exhibit** 1. Plaintiff did not respond to the proposed order by either agreeing to its content or making suggested changes.

3. The parties scheduled several depositions for November 16 and 17, 2022, and, in preparation for the depositions, Defendant reached out to Plaintiff's counsel by email on October 6, 2022, to again ask about the protective order. See **Exhibit 2**. Defendant again advised that a protective order was needed before Defendant could produce investigative files. Plaintiff did not respond.

4. Defendant reached out again to asl about the proposed protective order on October 31, 2022. See **Exhibit 3.** Plaintiff responded to this email with suggested modifications. See **Exhibit 4**. Defendant responded on that same date with some alternative suggestions. See **Exhibit 5**. Plaintiff responded again with counter-suggestions. See **Exhibit 6**. Defendant responded on November 1, 2022, that counsel was working on another draft and would send it as soon as possible. See **Exhibit 7**. The final revised draft was sent to Plaintiff on that same date. See **Exhibit 8**. A copy of the revised draft protective order, with revisions desired by Plaintiff highlighted, is attached as **Exhibit 9**. Defendant has not received a response from Plaintiff as of the date of this motion. Attached to this motion as **Exhibit 10** is a copy of the most recent draft of the protective order.

5. Defendant needs a protective order before providing Plaintiff with sensitive Internal Affairs investigative files. Defendant initially sent a draft order and has worked to come up with an agreeable order, but has been unsuccessful.

6. Before filing this motion, Defendant reached out to Plaintiff one more time. A copy of the email is attached as **Exhibit 11**. Defendant has conferred in good faith with Plaintiff before filing this motion and has therefore complied with this Court's Local Rule 7.2(g) and Fed. R. Civ. P. 26(c)(1).

7. A brief in support accompanies this motion.

**WHEREFORE,** Defendant, prays that the Court will grant its Motion for Entry of Protective Order and all other relief to which he may be entitled.

                                         Respectfully submitted,

                                         Jamar Bennett, in his individual and official capacities
                                         **DEFENDANT**

                                         */s/ William C. Mann, III*
BY:   William C. Mann, III, AR Bar No. 79199
        Attorney for Defendant
        P.O. Box 38
        North Little Rock, AR 72115
        TELEPHONE: 501-978-6131
        EMAIL: bmann@arml.org