# Bill Mann

| | |
|---|---|
| **From:** | Bill Mann |
| **Sent:** | Thursday, October 6, 2022 11:42 AM |
| **To:** | 'Lucien Gillham'; Luther Sutter |
| **Cc:** | Shanna Allen; Elizabeth Hodge; Russell Wood; Jennifer Johnson |
| **Subject:** | RE: Mills v. Bennett |
| **Attachments:** | Agreed Protective Order for Resp to Pl's Int & RFP.pdf |

Counsel-

In reviewing the discovery file in this case, I noticed you did not respond to the draft of an Agreed Protective Order that was included with the Defendants' responses to Plaintiff's discovery requests. For your convenience, I have attached another copy. In order to supplement our responses with investigative files, we will need a protective order. If you are okay with the draft, please let me know and I will add your electronic signature to the order approving it, and file an unopposed motion for entry of the order. Once it is signed and filed, we will supplement our discovery responses. Thanks.

William C. Mann, III
Senior Litigation Counsel
Arkansas Municipal League
P.O. Box 38
North Little Rock, Arkansas 72115
Office: (501) 978-6131
Cell: (501) 607-1144
Fax: (501) 978-6561
bmann@arml.org

**From:** Shanna Allen <sallen@sglaws.com>
**Sent:** Monday, October 3, 2022 1:02 PM
**To:** Bill Mann <BMann@arml.org>; Russell Wood <RWood@woodlawfirmpa.com>
**Cc:** Luther Sutter <luther.sutterlaw@gmail.com>; Elizabeth Hodge <Ehodge@sglaws.com>; Jennifer Johnson <jjohnson@arml.org>; Lucien Gillham <lucien.gillham@gmail.com>
**Subject:** RE: Mills v. Bennett

EXTERNAL SENDER. DO NOT click links or open attachments if sender is unknown or the message seems suspicious in any way. DO NOT provide your user ID or password.

Mr. Mann,

I have confirmed with Mr. Gillham that we can do both days of depositions at your office. Thank you.

Shanna

**From:** Bill Mann <BMann@arml.org>
**Sent:** Monday, October 3, 2022 8:52 AM
**To:** Shanna Allen <sallen@sglaws.com>; Russell Wood <RWood@woodlawfirmpa.com>
**Cc:** Luther Sutter <luther.sutterlaw@gmail.com>; Elizabeth Hodge <Ehodge@sglaws.com>; Jennifer Johnson

EXHIBIT 2

1