IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVSION

**ALFIA MILLS**                                                                  **PLAINTIFF**

    VS.                      **CASE NO. 4:21-CV-00861**

**JAMAR BENNETT, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A POLICE OFFICER FOR
THE CITY OF BENTON**                                   **DEFENDANTS**

## PLAINTIFF'S STATUS REPORT

**COMES NOW,** the Plaintiff, ALFIA MILLS, by and through counsel, SUTTER & GILLAM, P.L.L.C. and for her status report she states:

1. Written discovery has been exchanged.

2. Plaintiff's deposition has been taken, Defendant's depositions still need to be conducted.

3. Plaintiff is agreeable to mediate.

4. Plaintiff expects that trial will take 3-4 days.

                                                 Respectfully submitted,

                                                 **SUTTER& GILLHAM, P.L.L.C**.
                                                 Attorneys at Law
                                                 1501 N. Pierce, Ste. 105
                                                 Little Rock, AR  72207
                                                 (501) 315-1910 -  Office
                                                 (501) 315-1916 – Facsimile
                                                 Counsel for the Plaintiff(s)

                   By:      */s/ Lucien Gillham*
                                  Lucien Gillham, Ark. Bar #99-199

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on this, the 6th day of December, 2022, via ECF filing upon all counsel for the Defendants:

William C. Mann III
PO Box 38
North Little Rock, AR  72115-0038
bmann@arml.org

Russell A. Wood
Wood Law Firm
501 E. 4th St., Suite 4
Russellville, AR  72801
rwood@woodlawfirmpa.com

              By: */s/ Lucien Gillham*
                 Lucien Gillham, Ark. Bar #99-199