IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALFIYA MILLS**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:21-CV-00861-BSM**

**JAMAR BENNETT**                                                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE